**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

| | | | |
|---|---|---|---|
| In Re: | BETTY J. HOLMES | | Case Number: 05-70093 |
| | 1219 CYPRESS TERRACE | SSN-xxx-xx-2421 | |
| | ROCKFORD, IL 61102 | | |

| | |
|---|---|
| Case filed on: | 1/11/2005 |
| Plan Confirmed on: | 3/4/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,157.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BETTY J. HOLMES | 0.00 | 0.00 | 205.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 205.00 | 0.00 |
| 001 | RESURGENT CAPITAL SERVICES | 1,064.47 | 1,064.47 | 68.16 | 0.00 |
| 002 | BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,476.32 | 1,476.32 | 94.52 | 0.00 |
| 008 | WORLD FINANCIAL NETWORK NATIONAL BANK | 639.77 | 639.77 | 40.96 | 0.00 |
| 009 | WORLD FINANCIAL NETWORK NATIONAL BANK | 375.17 | 375.17 | 24.02 | 0.00 |
| 010 | NICOR GAS | 355.98 | 355.98 | 22.79 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 453.11 | 453.11 | 29.01 | 0.00 |
| 012 | WORLD FINANCIAL NETWORK NATIONAL BANK | 446.98 | 446.98 | 28.62 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,396.28 | 1,396.28 | 89.40 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 1,176.50 | 1,176.50 | 75.33 | 0.00 |
| 015 | SPIEGEL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 768.21 | 768.21 | 49.18 | 0.00 |
| 017 | GE CONSUMER FINANCE | 867.83 | 867.83 | 55.56 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 5,539.72 | 5,539.72 | 354.69 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 7,301.30 | 7,301.30 | 467.48 | 0.00 |
| | Total Unsecured | 21,861.64 | 21,861.64 | 1,399.72 | 0.00 |
| | Grand Total: | 23,225.64 | 23,225.64 | 2,968.72 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $2,968.72 |
| Trustee Allowance: | $188.28 |
| Percent Paid Unsecured: | 6.40 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008        By /s/Heather M. Fagan